No. 97–7432. SANDS v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7435. BLANCHARD v. TULANE UNIVERSITY MEDICAL CENTER. C. A. 5th Cir. Certiorari denied.

No. 97–7451. SWEET v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–7482. MCNEIL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–7483. MIRANDA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7499. HENRY v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–7510. FERGUSON v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–7532. WADDY v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97–7544. PARKS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–7589. SHELINE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–7614. ESPINOZA v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 97–7635. KOSYLA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7657. HILL v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–7658. MARTINEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.